IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTHONY JONES,** | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION 09-0508-CG-M |
| **GRANTT CULLIVER,** | : | |
| Respondent. | : | |

### JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent Grantt Culliver and against Petitioner Anthony Jones.

**DONE** this 13th day of January, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE